OSMER KILLINGBECK, Respondent, v. J. O. DOTY MILLING Co., INC., and SHAMEL MILLING Co., INC., Appellants.— Judgment in so far as it relates to defendant J. O. Doty Milling Co., Inc., reversed, without costs, and complaint dismissed as to said defendant, without costs, on the stipulation in the record. Judgment and order otherwise affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

DANA W. SMITH, 614 North Main Street, Jamestown, New York, and CHARLES W. CALE of the Village of Ashville, New York, Respondents, v. JOHN M. McCORKLE, 128 Hall Avenue, Jamestown, New York, Appellant, and Other Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: We believe the allegations contained in the portions of defendant McCorkle's answer remaining after the excision of the " third defense and counterclaim " are sufficient to test his right to the relief which his pleading demands. All concur. (The portion of the order appealed from grants plaintiff's motion to dismiss defendant's counterclaim and to strike out certain defenses in defendant's answer, in an action to compel specific performance.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

In the Matter of Proving the Last Will and Testament of JOHN FLOWER, Also Known as JOHN ROMAN FLOWER and JOHN R. FLOWER, Deceased.— Decree and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for directing probate. (*Matter of Rundles*, 216 App. Div. 658; *Matter of Dowdle*, 224 id. 450; *Matter of Streb*, 247 id. 556; *Matter of Henderson*, 253 id. 140.) (The decree denies probate of a will. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

CELIA KALLITT, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for property damage resulting from the breaking of a water main. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.